UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOSE A. PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:05-cv-488-DFH-WTL |
| | ) | |
| UNITED STUDENT AID FUNDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# E N T R Y

    As made clear in prior rulings in this action, a party seeking resolution of a claim for the entry of summary judgment must establish, *inter alia,* that the party is entitled to judgment as a matter of law. The plaintiff's amended motion for summary judgment filed on September 19, 2006, rests on the simple premise, a proposition of law, that the defendant was not authorized to administratively garnish his wages in order to collect a student loan as to which the defendant, at least, contends that the plaintiff was in default.

    The premise of this motion is incorrect. This is noted in a decision by the Seventh Circuit Court of Appeals issued over 18 months ago, wherein the Court of Appeals noted that the Higher Education Act "permits guarantors . . . to administratively garnish (i.e., without going to court) a debtor's wages." *Kort v. Diversified Collection Services, Inc.,* 394 F.3d 530, 533 (7th Cir. 2005)(citing 20 U.S.C. § 1095a); see also *Halperin v. Regional Adjustment Bureau, Inc.,* 206 F.3d 1063, 1068 (11th Cir. 2000). Additionally, the Debt Collection Improvement Act authorizes federal agencies to use administrative wage garnishment to collect outstanding debts "[n]otwithstanding any provision of State law." 31 U.S.C. § 3720D(a).

    Because the legal premise on which the plaintiff's amended motion for summary judgment rests is faulty, the court is compelled to conclude that he has not established his entitlement to the entry of judgment as a matter of law. Accordingly, that motion is **denied**.

    So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date: 09/26/2006

Distribution:

Jose A. Perez, 40 FM 1960 West   #284, Houston, TX   77090
Greg A. Small,  KRIEG DEVAULT, gs@kdlegal.com
Scott Stuart Morrisson, KRIEG DEVAULT, smorrisson@kdlegal.com
Kerry Lorimer Wagner, KRIEG DEVAULT, kwagner@kdlegal.com
Todd J. Kaiser, OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
    todd.kaiser@odnss.com
Stacy Walton Long, KRIEG DEVAULT, slong@kdlegal.com
Bonnie L. Martin, OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
    bonnie.martin@odnss.com
David Eugene Stocker, SALLIE MAE INC., dstocker@generalrevenue.com