UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOSE A. PEREZ, )  )  Plaintiff, ) ) vs. ) UNITED STUDENT AID FUNDS, INC., et al., ) ) Defendants. ) | 1:05-cv-488-DFH-WTL |

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. The plaintiff's motion to reconsider, filed on January 9, 2007, is **denied.** The rulings as to which the plaintiff continues to seek reconsideration were correct when issued and have been reviewed in conjunction with the several requests for reconsideration which have been filed.

2. The plaintiff's response to the Order of November 27, 2006, filed on January 9, 2007, is both a failure to comply with the directions of that Order and a capitulation of the claims he has or could have asserted in this case. Any such claim is therefore dismissed pursuant to both Rule 41(b) of the *Federal Rules of Civil Procedure* and pursuant to the request which is implicit in the plaintiff's statement that his claims have been "extinguished." Given the complete manner of the plaintiff's abandonment of his claims, the dismissal shall be with prejudice. See *Fischer v. Cingular Wireless, LLC,* 446 F.3d 664 (7th Cir. 2006).

3. In light of the foregoing, the motion to compel filed on September 14, 2006, and the motion for protective order filed on October 10, 2006, are each **denied as moot.**

4. The withdrawal/dismissal of the plaintiff's claims, together with the resolution of the counterclaim of United Student Aid Funds, Inc., resolves all claims against all parties in this action. Final judgment consistent with this Entry and with the Entry of March 29, 2006, granting USAF's motion for partial summary judgment shall now issue.

So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date: 1/22/2007